# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HARLEYSVILLE-ATLANTIC
INSURANCE COMPANY,

    Plaintiff,

v.

Case No: 6:17-cv-258-Orl-28GJK

CB CONTRACTORS, LLC,
CAMBRIDGE BUILDERS &
CONTRACTORS, LLC, and THREE
FOUNTAINS OF VIERA CONDOMINIUM
ASSOCIATION INC.,

    Defendants.

## ORDER

This case is before the Court on *sua sponte* review.

Federal courts are courts of limited jurisdiction. "[B]ecause a federal court is powerless to act beyond its statutory grant of subject matter jurisdiction, a court must zealously insure that jurisdiction exists over a case, and should itself raise the question of subject matter jurisdiction at any point in the litigation where a doubt about jurisdiction arises." Smith v. GTE Corp., 236 F.3d 1292, 1299 (11th Cir. 2001).

Here, Plaintiff invokes this court's diversity jurisdiction under 28 U.S.C. § 1332. Section 1332(a)(1) grants federal courts jurisdiction over civil actions between "citizens of different States" where the amount in controversy "exceeds the sum or value of $75,000." The burden to establish the parties' diverse citizenship is on the plaintiff. King v. Cessna

Aircraft Co., 505 F.3d 1160, 1171 (11th Cir. 2007). Plaintiff has not adequately alleged its own citizenship.[1]

In its Complaint, Plaintiff alleges that it "is an insurance company organized under the laws of Pennsylvania with its principal place of business in Pennsylvania." (Doc. 1 at 2). But Plaintiff does not state whether it is an incorporated or unincorporated entity, and its Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 8) sheds no light on this either. Thus, the record does not contain sufficient information for the Court to ascertain Plaintiff's citizenship. See generally Soc'y Ins. v. Bessemer Plywood Co., No. 17-cv-95-bbc, 2017 WL 1040518 (W.D. Wis. Mar. 17, 2017).

Accordingly, it is **ORDERED** that **no later than Tuesday, June 26, 2018**, Plaintiff shall submit evidence establishing Plaintiff's citizenship. **If Plaintiff fails to do so, this case will be dismissed for lack of subject-matter jurisdiction.**

**DONE** and **ORDERED** in Orlando, Florida, on June 21, 2018.

                                      JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record

---

[1] The Court is satisfied from the record that the amount in controversy exceeds $75,000; that Defendants CB Contractors, LLC and Cambridge Builders & Contractors, LLC are citizens of Georgia because they are limited liability companies whose sole member, Michael Ruskin, is a citizen of Georgia; and that Defendant Three Fountains of Viera Condominium Association, Inc., is a citizen of Florida because it is a corporation organized under the laws of Florida and has its principal place of business in Florida.